SAMPLE #2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

JAN 1 9 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Norris Williamson )
Plaintiff, )
)
vs. )  CIV-12-60   M
)  CASE NO.
Mystic Lake Casino. Hotel )
Defendant. )

## COMPLAINT

Discrimination of my psyhical + spritual rights by theft and assult to hide the property of anothers persons, person... with intent to kill and or destroy, which I was bar-ed from with robbery; being stripped of spirits.

*Norris Williamson* pro-se

Norris Williamson
1729 NW 3rd St.
Oklahoma city ok 73106
405-415-8500

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*

(Revised 4/15/08 - Pro Se Complaint)